IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL TURNER, # 144302, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:12cv974-TMH |
| | ) |
| LEEPOSEY DANIELS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

1. The Recommendation (Doc. 5) of the Magistrate Judge is ADOPTED.

2. The petitioner's Motion to Dismiss this action (Doc. 3) is GRANTED and this action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

3. Alternatively, this action is DISMISSED without prejudice for the petitioner's failure to comply with the orders of this court.

A separate judgment shall issue.

DONE this the 28th day of March, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE